

# COWARDIN & KIM
### ATTORNEYS AT LAW

William C. Cowardin, Jr.
Nosuk Pak Kim

Jeanne' T. Anderson
Jeffrey F. Riddle*
Barbara T. Hanna**
*also licensed in District of Columbia
**also licensed in Pennsylvania

November 27, 2012

Clerk, United States District Court
Eastern District of Virginia, Richmond Division
United States District Court
701 East Broad Street, Suite 3000
Richmond, VA 23219

RECEIVED
NOV 30 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

Re: Cowardin & Kim, P.L.C. v. Tina Carrithers Hogge
Case No.: 3:12-CV-607

Dear Mr. Galindo:

In our ongoing due diligence to locate the defendant in the above case we have discovered a new address. Please find enclosed an original and two copies of the Summons for the defendant to be served through the Secretary of the Commonwealth. We request a new summons along with a copy of the complaint be issued incorporating this new information. Please find enclosed a self addressed stamped envelope for processing.

If you have any questions, please contact me.

Respectfully yours,

COWARDIN & KIM, P.L.C.

*Jeffrey F. Riddle*

Jeffrey F. Riddle, Esq.

JFR/kmc
Enclosure(s):

696 J. Clyde Morris Boulevard, Newport News, Virginia 23601
Phone 757-873-1188  Fax 757-873-8480